Berzon, Circuit Judge,
concurring:
I concur in the memorandum disposition, as it properly applies binding precedent to the facts before us.
What the disposition does not mention is that Sudduth was never told why he was stopped. I have previously expressed my concern about permitting traffic stops to become so pretextual that the ordinary protocols of a true traffic stop are not followed—including, most importantly, accurately informing the driver of the reason for the stop. United States v. Magallon-Lopez, 817 F.3d 671, 676 (9th Cir. 2016) (Berzon, J., concurring). I reiterate here that concern, and the reasons for it, as well as the possibility that the Due Process Clause may require such notice in some circumstances. Id. at 677.